DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Petitioner
TONY EUGENE SAFFOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SAFFOLD,<br><br>    Petitioner,<br><br>  v.<br><br>THOMAS L. CAREY,<br><br>    Respondent. | No. CIV S-98-1040 DFL JFM P<br><br>UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATION ORDER |

Pursuant to Local Rule 6-142, petitioner, TONY EUGENE SAFFOLD, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests a thirty-day extension of time to file objections, which are currently due on February 1, 2007. The extension is being requested to enable the undersigned to consult with Mr. Saffold and because of the undersigned's duties in other cases.

The undersigned has contacted counsel for respondent, Supervising Deputy Attorney General Stan A. Cross, and he graciously indicated that he has no objection to the proposed extension. This is petitioner's first request for an extension, and it is not being interposed to cause undue delay, to gain an unfair advantage, or for any other improper purpose.

/////

/////

Ext. Of Pet.'s Time
CIV S-98-1040 DFL JFM

**1**

Accordingly, for the reasons set forth above, Mr. Saffold requests the Court set March 1, 2007, as the deadline for filing an objection to the findings and recommendations.

Dated: January 16, 2007

        Respectfully submitted;

        DANIEL J. BRODERICK
        Federal Defender

        /s/ *DAVID M. PORTER*
        DAVID M. PORTER
        Assistant Federal Defender

        Attorneys for Petitioner
        TONY EUGENE SAFFOLD

## ORDER

For the reasons set forth in the unopposed application, and good cause appearing therefore, it is hereby ORDERED that objections to the findings and recommendations may be filed on or before March 1, 2007.

DATED: January 24, 2007.

        _____
        UNITED STATES MAGISTRATE JUDGE

13/Habeas
Saffold.1040.F&R.eot.wpd