DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Petitioner
TONY EUGENE SAFFOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SAFFOLD, | No. CIV S-98-1040 DFL JFM P |
| Petitioner, | |
| v. | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| THOMAS L. CAREY, | **ORDER** |
| Respondent. | |

Pursuant to Local Rule 6-142, petitioner, TONY EUGENE SAFFOLD, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests a thirty-day extension of time to file objections, which are currently due on March 1, 2007.  This is the second extension sought, one earlier extension of 30 days having been granted.  This extension is being requested to enable the undersigned to consult with Mr. Saffold and because of the undersigned's duties in other cases.

The undersigned has contacted counsel for respondent, Supervising Deputy Attorney General Stan A. Cross, and he graciously indicated that he has no objection to this proposed extension.  Mr. Saffold has been

1 personally notified of this request and joins in it.  This extension is
2 not being interposed to cause undue delay, to gain unfair advantage, or
3 for any other improper purpose.
4    Accordingly, for the reasons set forth above, Mr. Saffold requests
5 the Court set April 2, 2007 as the deadline for filing objections to
6 the findings and recommendations.
7 Dated:  February 28, 2007

> Respectfully submitted,
>
> DANIEL J. BRODERICK
> Federal Defender
>
> __/s/ *DAVID M. PORTER*_____
> DAVID M. PORTER
> Assistant Federal Defender
>
> Attorneys for Petitioner
> TONY EUGENE SAFFOLD

**O R D E R**

For the reasons set forth in the unopposed application, and good cause appearing therefor, it is hereby ORDERED that petitioner's February 28, 2007 request for extension of time is granted in part. Objections to the findings and recommendations shall be filed on or before March 26, 2007. No further extensions of time will be granted. Dated: March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE