DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Petitioner
TONY EUGENE SAFFOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SAFFOLD,<br><br>            Petitioner,<br><br>      v.<br><br>THOMAS L. CAREY,<br><br>            Respondent. | No. CIV S-98-1040 JAM JFM P<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS ORDER** |

    Pursuant to Local Rule 6-142, petitioner, TONY EUGENE SAFFOLD, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests a thirty-day extension of time to file objections, which are currently due on May 5, 2008.  The extension is being requested to enable the undersigned to consult with Mr. Saffold and because of the undersigned's duties in other cases.

        The undersigned has contacted counsel for respondent, Deputy Attorney General Brian G. Smiley, and he graciously indicated that he has no objection to the proposed extension.  This is petitioner's first request for an extension, and it is not being interposed to cause undue delay, to gain unfair advantage, or for any other improper purpose.

1  Mr. Saffold personally joins in this request.
2       Accordingly, for the reasons set forth above, Mr. Saffold requests
3  the Court set June 4, 2008 as the deadline for filing a objections to
4  the findings and recommendations.
5  Dated:  April 24, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ *DAVID M. PORTER*_____
                                        DAVID M. PORTER
                                        Assistant Federal Defender

                                        Attorneys for Petitioner
                                        TONY EUGENE SAFFOLD

**O R D E R**

For the reasons set forth in the unopposed application, and good cause appearing therefor, it is hereby ORDERED that objections to the findings and recommendations may be filed on or before June 4, 2008.

Dated: May 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE