IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY EUGENE SAFFOLD,

    Petitioner,                    No. 2:98-cv-1040-JAM-JFM (HC)

    vs.

THOMAS L. CAREY,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's January 8, 2009 denial of his application for a writ of habeas corpus together with a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in the magistrate judge's April 22, 2008 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's January 9, 2009 request for a certificate of appealability is denied; and

2. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED:  2/13/2009

                                             /s/ John A. Mendez
                                             UNITED STATES DISTRICT JUDGE